# EXHIBIT B

**Harry Winston Group**
Consolidated Net Sales
Fiscal '94 - Fiscal '09
(Sales in Thousands)

| Period | Net Sales |
|---|---|
| 8/31/1994 | $ 116,266 |
| 8/31/1995 | 123,387 |
| 8/31/1996 | 111,439 |
| 8/31/1997 | 131,405 |
| 8/31/1998 | 120,093 |
| 8/31/1999 | 121,049 |
| 8/31/2000 | 120,283 |
| 8/31/2001 | 104,797 |
| 8/31/2002 | 100,379 |
| 8/31/2003 | 121,249 |
| 1/31/2004 | 129,326 |
| 1/31/2005 | 156,684 |
| 1/31/2006 | 191,162 |
| 1/31/2007 | 226,220 |
| 1/31/2008 | 265,535 |
| 1/31/2009 | 280,997 |
| | $ 2,420,271 |

EXHIBIT D