# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**  v1.5

# Opposition

**Number:** 91153147  **Filing Date:** 09/16/2002
**Status:** Pending  **Status Date:** 10/18/2002
**Interlocutory Attorney:** CHERYL S GOODMAN

### Defendant

**Name:** Bruce Winston Gem Corp.
**Correspondence:** Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
570 Lexington Avenue
NEW YORK, NY 10022-6894
UNITED STATES
gostrager@ocfblaw.com, rgomez@ocfblaw.com, jbroitman@ocfblaw.com

**Serial #:** 76277029  **Application File**
**Application Status:** Opposition Pending
**Mark:** BRUCE WINSTON

### Plaintiff

**Name:** Harry Winston, Inc. and Harry Winston SA
**Correspondence:** JOSEPH R. DREITLER
BRICKER & ECKLER LLP
100 SOUTH THIRD STREET
COLUMBUS, OH 43215-4291
UNITED STATES
jdreitler@bricker.com, mtrue@bricker.com, amoss@bricker.com

**Serial #:** 72274801  **Application File**  **Registration #:** 848629
**Application Status:** Renewed
**Mark:** WINSTON

**Serial #:** 73643416  **Application File**  **Registration #:** 1457928
**Application Status:** Cancelled - Section 7(D)
**Mark:** HARRY WINSTON

**Serial #:** 74245207  **Application File**  **Registration #:** 1747040
**Application Status:** Renewed
**Mark:** H W HARRY WINSTON

**Serial #:** 75072219  **Application File**  **Registration #:** 2112912
**Application Status:** Renewed
**Mark:** HW HARRY WINSTON

**Serial #:** 75887334  **Application File**  **Registration #:** 2390073
**Application Status:** Section 8 and 15 - Accepted and Acknowledged
**Mark:** HW

**Serial #:** 75567556  **Application File**  **Registration #:** 2538811
**Application Status:** Cancelled - Section 8
**Mark:** HW HARRY WINSTON THE ULTIMATE PERFUME

**Serial #:** 75860667  **Application File**  **Registration #:** 2461192
**Application Status:** Section 8 and 15 - Accepted and Acknowledged
**Mark:** HW HARRY WINSTON THE OCEAN COLLECTION

EXHIBIT G

| | | | |
|---|---|---|---|
| Serial #: 75860673 | Application File | | Registration #: 2593490 |

**Application Status:** Cancelled - Section 8
**Mark:** HW HARRY WINSTON THE ULTIMATE COLLECTION

| | | | |
|---|---|---|---|
| Serial #: 73643414 | Application File | | Registration #: 1457927 |

**Application Status:** Cancelled - Section 8
**Mark:** WINSTON
**Granted To Date:** 10/21/2002

## Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 136 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 135 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 134 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 133 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 132 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 131 | 08/24/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 130 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 129 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 128 | 08/26/2009 | DEFENDANT'S MOTION | |
| 127 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 126 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 125 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 124 | 08/21/2009 | SUSPENDED PENDING DISP OF CIVIL ACTION | |
| 123 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 122 | 08/21/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 121 | 08/21/2009 | P'S NOTICE OF CIVIL ACTION | |
| 120 | 08/17/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 119 | 08/17/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 118 | 08/14/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 117 | 08/14/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 116 | 08/14/2009 | PLAINTIFF'S NOTICE OF RELIANCE | |
| 115 | 08/04/2009 | STIPULATION NOTED AND APPROVED | |
| 114 | 07/29/2009 | PLAINTIFF'S MOTION | |
| 113 | 07/27/2009 | STIPULATION NOTED AND APPROVED | |
| 112 | 07/22/2009 | STIPULATION FOR AN EXTENSION OF TIME | |
| 111 | 07/17/2009 | Opposer's Motion to Extend Denied; Dates remain as set | |
| 110 | 07/08/2009 | STIPULATION FOR AN EXTENSION OF TIME | |
| 109 | 04/15/2009 | MOTION GRANTED | |
| 108 | 04/14/2009 | STIPULATION FOR AN EXTENSION OF TIME | |
| 107 | 04/13/2009 | PL'S MOT. FOR SUMM. JUDGMENT DENIED | |
| 106 | 02/23/2009 | P'S REPLY IN SUPPORT OF MOTION | |
| 105 | 02/09/2009 | Confidential Defendant's Supporting Evidents/Exhibits | |
| 104 | 02/09/2009 | DECL OF GOMEZ IN SUPPORT OF D'S OPPOSITION TO P'S MOTION | |
| 103 | 02/09/2009 | DECL OF CEPEDA IN SUPPORT OF D'S OPPOSITION TO P'S MOTION | |
| 102 | 02/09/2009 | DECL OF WINSTON IN SUPPORT OF D'S OPPOSITION TO P'S MOTION | |
| 101 | 02/09/2009 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 100 | 01/28/2009 | MOTION GRANTED | |
| 99 | 01/28/2009 | D'S MOTION FOR AN EXTENSION OF TIME | |
| 98 | 12/18/2008 | MOT TO EXTEND GRANTED IN PART | |

97  12/16/2008 STIPULATION FOR AN EXTENSION OF TIME
96  11/24/2008 OPP'S SUMISSION OF DEPOSITIONS PART II
95  11/24/2008 OPP'S SUBMISSION OF DEPOSITIONS
94  11/18/2008 DEPOSITION OF BRUCE WINSTON PT. 2
93  11/18/2008 DEPOSITION OF BRUCE WINSTON
92  11/20/2008 SUSPENDED
91  11/19/2008 Confidential Plaintiff's Supporting Evidents/Exhibits
90  11/19/2008 P'S MOTION FOR SUMMARY JUDGMENT
89  09/30/2008 TRIAL DATES RESET
88  09/29/2008 BD'S DECISION: COUNTERCLAIM GRANTED
87  05/06/2008 D'S REPLY IN SUPPORT OF MOTION
86  04/21/2008 Confidential Plaintiff's Supporting Evidents/Exhibits
85  04/21/2008 SUSPENDED
84  04/21/2008 P'S OPPOSITION/RESPONSE TO MOTION
83  04/21/2008 P'S OPPOSITION/RESPONSE TO MOTION
82  04/02/2008 Confidential Defendant's Supporting Evidents/Exhibits
81  04/02/2008 D'S MOTION TO COMPEL DISCOVERY
80  04/02/2008 Confidential Defendant's Supporting Evidents/Exhibits
79  04/02/2008 D'S MOTION TO STRIKE
78  03/21/2008 TRIAL DATES SET
77  03/11/2008 STIPULATED COMMUNICATION
76  01/23/2008 MOTION GRANTED
75  12/26/2007 STIPULATION FOR AN EXTENSION OF TIME
74  10/25/2007 MOTION GRANTED
73  10/23/2007 STIPULATION FOR AN EXTENSION OF TIME
72  09/06/2007 CHANGE OF CORRESPONDENCE ADDRESS
71  08/22/2007 MOTION GRANTED
70  08/09/2007 STIPULATION FOR AN EXTENSION OF TIME
69  07/10/2007 MOTION GRANTED
68  07/09/2007 STIPULATION FOR AN EXTENSION OF TIME
67  07/03/2007 CHANGE OF CORRESPONDENCE ADDRESS
66  04/18/2007 MOTION GRANTED
65  04/17/2007 STIPULATION FOR AN EXTENSION OF TIME
64  04/16/2007 TRIAL DATES RESET
63  10/17/2006 APPL'S MEMO IN OP TO OP'S MOTIO FOR LEAVE
62  10/12/2006 MEMO IN OPP TO OP'S MOTION FOR LEAVE
61  10/12/2006 DECLARATION OF J BROITMAN
60  10/17/2006 Confidential - Exh B of Declar of Joshua S. Broitman
59  10/23/2006 APPL'S OPP TO OPP'S PARTIAL MOTION TO DISM
58  10/04/2006 SUSPENDED
57  10/03/2006 ANSWER TO COUNTERCLAIM
56  10/03/2006 D'S MOTION FOR AN EXTENSION OF TIME
55  09/22/2006 P'S MOT TO SUSP PEND DISP OUTSTNDNG MOT
54  09/19/2006 OP'S MOTION FOR LEAVE TO CONDUCT SECOND DISC
53  09/11/2006 MOTIONS GRANTED; TRIAL DATES RESET
52  09/08/2006 P'S MOT FOR EXTEN. OF TIME W/ CONSENT
51  09/11/2006 ANSWER AND COUNTERCLAIM ( FEE)
50  08/11/2006 P'S MOT FOR EXTEN. OF TIME W/ CONSENT

| | | |
|---|---|---|
| 49 | 08/11/2006 | PL'S CONSENTED MOT TO EXT. |
| 48 | 08/16/2006 | D'S MOTION IS GRANTED; D'S ALLOWED 30 DAYS FROM MAILING DATE OF THIS ORDER TO FILE ANSWER |
| 47 | 06/05/2006 | STIPULATION FOR AN EXTENSION OF TIME |
| 46 | 06/27/2006 | STIPULATED PROTECTIVE ORDER |
| 45 | 05/17/2006 | D'S REPLY IN SUPPORT OF MOTION |
| 44 | 05/12/2006 | P'S REPLY IN SUPPORT OF MOTION |
| 43 | 04/21/2006 | STIPULATION FOR AN EXTENSION OF TIME |
| 42 | 05/10/2006 | ATT TO #40 |
| 41 | 05/05/2006 | P'S OPPOSITION/RESPONSE TO MOTION |
| 40 | 04/17/2006 | D'S OPPOSITION/RESPONSE TO MOTION |
| 39 | 04/20/2006 | DEF MOT TO FILE AMENDED ANSWER |
| 38 | 04/04/2006 | PL'S MOT. QUASH DENIED;DEF MOT. EXT GRANTED |
| 37 | 03/31/2006 | P'S MOTION TO QUASH |
| 36 | 03/25/2006 | D'S MOTION FOR AN EXTENSION OF TIME |
| 35 | 03/14/2006 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING |
| 34 | 02/01/2006 | OPP'S MOTIONS GRANTED |
| 33 | 10/28/2005 | STIPULATION FOR AN EXTENSION OF TIME |
| 32 | 10/26/2005 | CHANGE OF CORRESPONDENCE ADDRESS |
| 31 | 09/27/2005 | CHANGE OF CORRESPONDENCE ADDRESS |
| 30 | 09/27/2005 | STIPULATION FOR AN EXTENSION OF TIME |
| 29 | 08/10/2005 | CHANGE OF CORRESPONDENCE ADDRESS |
| 28 | 08/10/2005 | CHANGE OF CORRESPONDENCE ADDRESS |
| 27 | 08/09/2005 | CHANGE OF CORRESPONDENCE ADDRESS |
| 26 | 08/09/2005 | STIPULATION FOR AN EXTENSION OF TIME |
| 25 | 07/18/2005 | RETURNED MAIL |
| 24 | 06/23/2005 | PROCS RESUMED; TD RESET |
| 23 | 09/02/2004 | MOTION GRANTED; PROCS SUSPENDED 6 MONTHS |
| 22 | 07/16/2004 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS |
| 21 | 12/19/2003 | MOTIONS GRANTED; PROCS SUSPENDED 6 MONTHS |
| 20 | 12/09/2003 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS |
| 19 | 10/08/2003 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT |
| 18 | 10/03/2003 | MOTION GRANTED; TD RESET |
| 17 | 08/14/2003 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT |
| 16 | 08/27/2003 | MOTION GRANTED; TD RESET |
| 15 | 07/28/2003 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT |
| 14 | 07/15/2003 | MOTION GRANTED; TD RESET |
| 13 | 06/02/2003 | Def's mot to respond to pl's request for prod., and 1st set of interrogatories; |
| 12 | 05/31/2003 | REQUESTS GRANTED; TD RESET |
| 11 | 04/21/2003 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT |
| 10 | 04/11/2003 | Pl's 2nd page of consent mot to respond to def's interrogatories |
| 9 | 03/26/2003 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT |
| 8 | 01/31/2003 | Pl's mot to respond to D's 1st request for prod; interrogatories; and not. of deposition; ext w/ con |
| 7 | 12/16/2002 | Def's first request for production of doc. |
| 6 | 12/16/2002 | Def's notice of deposition |
| 5 | 10/24/2002 | Pl's amended notice of opp |

| | | | |
|---|---|---|---|
| 4 | 12/04/2002 | Def's answer to Amended not of opp | |
| 3 | 10/18/2002 | PENDING, INSTITUTED | |
| 2 | 10/18/2002 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 11/27/2002 |
| 1 | 09/16/2002 | FILED AND FEE | |

Results as of 10/09/2009 09:53 AM        **Search:**

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |