# EXHIBIT D

# OSTRAGER CHONG & FLAHERTY

LIMITED LIABILITY PARTNERSHIP

COUNSELLORS AT LAW

825 THIRD AVENUE
NEW YORK, NEW YORK 10022-7519
(212) 826-6565

FAX: (212) 826-5909

PATENT, TRADEMARK AND
COPYRIGHT MATTERS

GLENN F. OSTRAGER
gostrager@ocflaw.com

HAWAII OFFICE
841 BISHOP STREET, STE.1200
HONOLULU, HAWAII 96813

**FOR SETTLEMENT PURPOSES WITHOUT PREJUDICE**

March 29, 2004

**BY FACSIMILE**

Joseph R. Dreitler, Esq.
Jones Day
41 South High Street
1800 Huntington Center
Columbus, OH 43215

RECEIVED
APR 01 2004
JRD

Re: *Harry Winston - Bruce Winston*

Dear Joe:

I have your e-mail of March 5th concerning settlement.

As I understand your position, Harry Winston, Inc. is agreeable to a settlement that permits Bruce Winston to use his name in the jewelry field in the United States only, subject to the restriction that all rights in the BRUCE WINSTON trademark shall be personal to Bruce Winston and terminate on his death. Further you propose to discontinue the opposition proceeding *without prejudice,* and provide for ongoing oversight of Bruce's management of his business.

Our client is not agreeable to the foregoing restrictions. We remain interested in discussing terms of a Consent Agreement including, cooperation between the parties to assure that there is no confusion in the marketplace. I should again state that Bruce Winston's sole interest is to market high quality jewelry under his own name.

EXHIBIT H

OSTRAGER CHONG & FLAHERTY LLP

Joseph R. Dreitler, Esq.
Jones Day
March 29, 2004
Page 2


Failing some meaningful progress in the near term, it would seem advisable to now resume proceedings in the opposition.

I will await your advice.

           Cordially,

           Glenn F. Ostrager


Cc: Bruce Winston