# EXHIBIT F



**Bricker & Eckler**
ATTORNEYS AT LAW

COLUMBUS • CLEVELAND
CINCINNATI-DAYTON

BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
MAIN: 614.227.2300
FAX: 614.227.2390

www.bricker.com
info@bricker.com

Joseph R. Dreitler
614.227.2347
jdreitler@bricker.com

JOHN F. BIRATH, JR.
MICHAEL S. HOLMAN
RICHARD C. SIMPSON
JOHN P. BEAVERS
DAVID G. BAKER
JERRY E. NATHAN
MARSHALL L. LERNER
DONALD R. KELLER
KAREN MUELLER MOORE
ALAN J. ROSS
STEVEN R. KERBER
GORDON W. JOHNSTON
DAVID A. ROGERS
CHARLES H. WATERMAN III
MICHAEL K. GIRE
JAMES A. RUTLEDGE
DAVID C. SPIALTER
G. SAMUEL WAMPLER
RANDALL E. MOORE
JOHN W. COOK III
JAMES P. BURNES
ELISABETH A. SQUEGLIA
JEFFERY E. SMITH
JOSEPH R. DREITLER
KENNETH C. JOHNSON

DIANE M. SIGNORACCI
LUTHER L. LIGGETT, JR.
MARK R. CHILSON
MARTHA POST BAXTER
CRAIG A. HADDOX
SUSAN B. GREENBERGER
WILLIAM T. CONARD II
ROBERT C. RAFFERTY
JERRY ORMES ALLEN
H. RANDY BANK
QUINTIN F. LINDSMITH
ANNE MARIE SFERRA VORYS
CATHERINE M. BALLARD
GORDON F. LITT
SUE WYSKIVER YOUNT
JAMES J. HUGHES III
FRANK L. MERRILL
KURTIS A. TUNNELL
MARIA J. ARMSTRONG
BETSY A. SWIFT
JACK ROSATI, JR.
SUSAN E. GEARY
SYLVIA LYNN GILLIS
JAMES F. FLYNN
PRICE D. FINLEY

BOBBIE S. SPRADER
KIMBERLY J. BROWN
FAITH M. WILLIAMS
CHRISTINE M. POTH
LAURA G. ANTHONY
NELSON M. REID
ALLEN R. KILLWORTH
VLADIMIR P. BELO
EMMETT M. KELLY
ALEXANDER M. BROWN
MATTHEW L. STOUT
JAMES S. GRAY
WARREN I. GRODY
AMY STRAKER BARTEMES
SUSAN L. OPPENHEIMER
KATHERINE SPIES GIUMENTI
JOHN F. FURNISS
JAMES P. SCHUCK
MARK E. EVANS
TERRENCE O'DONNELL
MIRANDA C. MOTTER
DANE A. GASCHEN
CHRISTOPHER N. SWANK
ELIZABETH C. STOCK
NATALIE T. FURNISS

CHRISTOPHER L. McCLOSKEY
JENNIFER M. NELSON CARNEY
DOUGLAS L. SHEVELOW
CHRISTOPHER N. SLAGLE
SCOTT W. DAVIS
E. ROD DAVISSON
CAVETT R. KREPS
TODD O. REUTZEL
PAUL S. RUTTER
GREGORY J. KRABACHER
C. ALLEN SHAFFER
DIANA S. BROWN
DANIEL C. GIBSON
OYANGO A. SNELL
ERIC S. BRAVO
RACHEL L. WYATT
MOLLY E. HEALD
DAVID M. JOHNSTON
DEBRA L. A. SCHRADER
ROSHIDA A. DOWE
JONATHAN T. BROLLIER
LISA M. KATHUMBI
LANA M. KNOX
MELISSA MARTINEZ BONDY
JOSHUA J. NOLAN

JOHN CALEB BELL
MATTHEW W. WARNOCK
FRANCISCO E. LUTTECKE
SHADYA Y. YAZBACK
CATHERINE J. BAIRD
LAURA M. ZAREMSKI
RACHEL A. MULCHAEY
C. CHRISTOPHER BENNINGTON
ANDRIA M. BECKHAM
ANDREW BALCAR
MARGARET M. BOMBERGER

OF COUNSEL
THOMAS R. SANT
ROBERT H. KATZ
KIMBALL H. CAREY
RAYMOND C. HEADEN
ALVIN E. MATHEWS, JR.
THOMAS J. O'BRIEN
CLAIRE TURCOTTE
CHARLES H. WALKER (retired)

February 18, 2008

FOR SETTLEMENT
PURPOSES ONLY

Glenn F. Ostrager, Esq.
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York 10022-6894

Re: <u>Harry Winston, Inc. v. Bruce Winston Gem Corp.</u>

Dear Glenn,

Thanks for calling and sending us a proposal of several outline points to resolve this matter. We appreciate that. As mentioned during our call, I hope you (and your client) understand that the new owner (which is a N.Y.S.E. traded company) of Harry Winston, Inc. ("HWI") has a very different perspective on trademark protection than during the time the company was privately owned.

By that I mean there is certainly nothing "personal" with respect to your client. On the other hand, as a subsidiary of a public company, HWI is aggressively taking action to protect its intellectual property and investment. While I am not at liberty to go into details, your client is not the only entity that HWI is currently involved with, and there will likely be several more matters within the next year. All of that is a prelude to responding to your points.

As you so aptly pointed out during our call, this matter relates to a trademark opposition, not a civil suit to enjoin use. My client originally filed this case to prevent Bruce Winston Gem Corp from acquiring an "asset" in the nature of a federal trademark registration that could be freely transferred, licensed or otherwise disposed of and be entitled to certain legal presumptions both during Mr. Bruce Winston's life and thereafter. To the extent that Mr. Winston (or a successor) engaged in activities that would constitute grounds for a civil suit, we have always reserved them, as your client has reserved its claim of common law rights.

EXHIBIT J

**Bricker & Eckler**
ATTORNEYS AT LAW

Glenn F. Ostrager, Esq.
Page 2

     Although I have no knowledge of probate law, my concern about your first proposal is that it would not end the problem – and is the reason we filed this Opposition to begin with. That is, Mr. Bruce Winston (or his company) would acquire and own a registration as an "asset". Even if we had an agreement that it would not be transferred during his lifetime, upon Mr. Winston's death the registration would become part of his estate, or there could be a claim to this asset. Neither of us wants the unfortunate litigation in the past to resume upon Mr. Winston's death. HWI certainly does not want to affirmatively agree to anything that might find itself in litigation with Mr. Winston's estate.

     Your letter refers more than once to Mr. Bruce Winston reserving his "common law" rights, and we believe that he owns at least part of a business. Given that you propose Mr. Bruce Winston retain all of his common law rights, we would propose that the simplest way to end the current controversy is for him to simply file an abandonment of this application, either without our consent or with our consent, but agree in the latter case not to re-file another application.

     In return, my client would agree that so long as the Bruce Winston Gem Corp. was controlled and operated by Mr. Winston (Bruce Winston), his wife or his children, HWI would not object to the use of his name on certain jewelry items under certain restrictions to be negotiated, including that there be no "Bruce Winston" retail stores, no sales in retail stores or internet sales. Upon the death of the last to survive among Mr. Winston, his widow or his children, there would be no further use of the name Bruce Winston or "Winston". The parties could enter into an agreement that specifically deals with use, goods, restrictions on use and any other relevant details along these lines. This ends the present case and avoids future controversies about registration and use rights. We hope to hear back from you at your earliest convenience. Thanks for your consideration.

                                                           Sincerely,

                                                           Joseph R. Dreitler

2395460v1