UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE WINSTON GEM CORP., <br><br> Plaintiff, <br><br> v. <br><br> HARRY WINSTON, INC. and <br> HARRY WINSTON S.A., <br><br> Defendants | "ECF CASE" <br><br> Civil Action No. 09 CV 7352 (JGK) <br><br> **DECLARATION OF SERVICE** |

ROBERTO L. GOMEZ, declares pursuant to 28 U.S.C. §1746:

1. I am a member of the Bar of this Court and am associated with the firm of Ostrager Chong Flaherty & Broitman P.C., counsel for plaintiff BRUCE WINSTON GEM CORP. I am competent to make this declaration and, except as otherwise stated, I have personal knowledge of the facts contained in this declaration.

2. On August 31, 2009 counsel for plaintiff sent, to the Central Authority for the Canton of Geneva, a Request for Service Abroad of Judicial or Extrajudicial Document ("Request") upon defendant Harry Winston S.A. ("HWSA") Attached as Exhibit A is a true and accurate copy of the Request.

3. Counsel for plaintiff subsequently received a Judicial Power of Attorney dated September 22, 2009 executed by the General Procurator of the Canton of Geneva. Attached as Exhibit B is a true and accurate copy of the Judicial Power of Attorney with English translations attached. Personal data indentifiers have been reacted from Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 30, 2009
New York, New York

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

By: /s
Roberto L. Gomez

570 Lexington Avenue
New York, New York 10022-6894
(212) 681-0600