# EXHIBIT A

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenn F. Ostrager, Esq.<br>Ostrager Chong Flaherty & Broitman P.C.<br>570 Lexington Avenue, 17th Floor<br>New York, New York 10022-6894<br>United States of America<br>Attorneys for Plaintiff | Central Authority for Canton of Geneva<br>Parquet du Procureur général<br>Place du Bourg-de-Four 1<br>Case postale 3565<br>1211 Genève 3<br>Switzerland |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
 *(identité et adresse)*

HARRY WINSTON S.A. - Quai General Guisan 24, Geneva, Switzerland

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
 *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Douments to be served: 1. Summons in a Civil Case in English and French (3 copies) and 2. Complaint for Declaratory Judgment in English & French (3 copies).   Also enclosed are the orignal and 2 copies of 1. Executed Request for Service Abroad with blank Ceritificate on reverse side and 2. Executed Summary of the Document to be Served.

Done at  New York, New York, USA  , the 31 August 2009
*Fait à                                         , le*

Signature and/or stamp
*Signature et/ou cachet*
Glenn F. Ostrager   */s/ Glenn Ostrager/*

*Delete if inappropriate
Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

   1) that the document has been served *
   *1) que la demande a été exécutée*
      – the (date) – *le (date)* _____
      – at (place, street, number) - *à (localité, rue, numéro)*
_____

      – in one of the following methods authorized by article 5:
      – *dans une des formes suivantes prévues à l'article 5:*

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5. alinéa premier, lettre a)*

        ☐ (b) in accordance with the following particular method:
          *b) selon la forme particulière suivante:* _____

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*

     - (identity and description of person)
     - *(Identité et qualité de la personne)*

_____

     - relationship to the addressee family, business or other
     - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

   2) that the document has not been served, by reason of the following facts*:
   *2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____ , the _____
*Fait à* _____ , *le*

Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Glenn F. Ostrager, Esq. - Ostrager Chong Flaherty & Broitman P.C. 570 Lexington Ave., 17th Fl., New York, NY 10022, USA

**Particulars of the parties:**
*Identité des parties:*

Plaintiff - Bruce Winston Gem Corp.   Defendants - Harry Winston, Inc and Harry Winston S.A.

## JUDICIAL DOCUMENT
### ACTE JUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Summons - Document issued by a court giving defendant notice that a civil action has been commenced against him by plaintiff and giving instructions on when and how to respond; Complaint - the document that initiates a lawsuit, outlines the alleged facts of the case and the basis for which a legal remedy is sought.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Action for declaratory judgment under Title 28 U.S. Code § 2201 that the plaintiff is not infringing any of defendants' trademarks.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Within 20 days from service of Summons you must serve an Answer to the Complaint or a motion under Fed.R.Civ.P. 12(a)(2) or (3) upon plaintiff's attorney (Glenn F. Ostrager) at his address: Ostrager Chong Flaherty & Broitman P.C., 570 Lexington Avenue, New York, NY 10022, USA

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

NOT APPLICABLE

**Date of judgment**:**
*Date de la décision:*

NOT APPLICABLE

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

See above - "Date and place for entering appearance"

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

NOT APPLICABLE

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*

NOT APPLICABLE